# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

In re:                                    )   SECTION 347 (a) UNCLAIMED
                                          )   PROPERTY REPORT
    Various debtors--                 )
    See attached listing              )
_____           )

    Pursuant to Section 347(a) of the Bankruptcy Code and Rules of Bankruptcy Procedure 3010 and 3011, the undersigned Trustee hereby reports on the attached listing the names and addresses of the persons and amounts, which they are entitled to be paid from remaining property of the estate.

    Unclaimed funds in the amount of **$1213.44** to the above-entitled Court.

Dated this 28th day of November, 2022.

*/s/ Michael G. Malaier*
Michael G. Malaier,
Chapter 13 Trustee
WSBA #34729

Section 347(a)
Unclaimed Property Report

| Case Number | Debtor 1 | Debtor 2 | Reason | Check # | Amount |
|---|---|---|---|---|---|
| 1842286 | Jacob L Aff<br>224 123rd St E<br>Tacoma WA 98445 | 00000 | Debtor Refund | 729093 | $138.46 |
| 1744460 | Jose Llorin Fernandez<br>8725 Boxwood Ct SE<br>Yelm WA 98597 | 00000 | Debtor Refund | 729094 | $524.88 |
| 1645084 | Orlando Jesus Galves<br>21301 39th Ave E<br>Spanaway WA 98387 | Joy Gloria Galves<br>21301 39th Ave E<br>Spanaway WA 98387 | Debtor Refund | 729095 | $15.54 |
| 1942180 | Gordon DeWayne Grimm<br>1701 N Mildred St<br>Tacoma WA 98406 | 00000 | Debtor Refund | 729096 | $69.13 |
| 2141180 | Shannon Renee Haley<br>Apt 12 921 12th Ave SE<br>Puyallup WA 98372 | 00000 | Debtor Refund | 729097 | $15.54 |
| 1841677 | Roberto Gorge Hernandez<br>20807 118th Ave E<br>Graham WA 98338 | 00000 | Debtor Refund | 729098 | $47.53 |
| 1942222 | Thomas Michael Johnson<br>6603 62nd Ave Ct NW<br>Gig Harbor WA 98335 | 00000 | Debtor Refund | 729099 | $2.88 |
| 2140511 | Brian Thomas Kaufman<br>50 SE Iris Pl<br>Shelton WA 98584 | 00000 | Debtor Refund | 729100 | $15.54 |
| 1742746 | Refugio Panales-Martinez<br>7622 14th Lp NE<br>Olympia WA 98516 | 00000 | Debtor Refund | 729101 | $264.88 |
| 1942137 | Stephen D Parker<br>6525 South J Street<br>Tacoma WA 98408 | Lisa L Parker<br>6525 South J Street<br>Tacoma WA 98408 | Debtor Refund | 729102 | $6.57 |
| 1941369 | Charmaine Ann Van Arsdale<br>2558 Woodridge Ln<br>Green Bay WI 53040 | Jeffrey Wayne Van Arsdale<br>2558 Woodridge Ln<br>Green Bay WI 53040 | Debtor Refund | 729103 | $11.95 |
| 2042632 | Jared Blaine Walker<br>8802 133rd St E<br>Puyallup WA 98373 | Mandy Starr Walker<br>8802 133rd St E<br>Puyallup WA 98373 | Debtor Refund | 729104 | $0.75 |
| 2040130 | Rodney Clarence Weaver Jr<br>1515 Ridell Ave NE<br>Orting WA 98360 | 00000 | Debtor Refund | 729105 | $15.54 |
| 1744760 | Pamela Lynn Williams<br>3832 South L Street<br>Tacoma WA 98418 | 00000 | Debtor Refund | 729106 | $84.25 |
| | | | | Total: | $1,213.44 |